THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH | | |
|---|---|---|---|---|---|
| MORTEGA, Benicio Aguilar | M | 567 29 3874 | YEAR 48 | MONTH 08 | DAY 23 |

| 5. DEPARTMENT, COMPONENT, AND BRANCH OR CLASS | 6a. GRADE, RATE OR RANK | b. PAY GRADE | c. DATE OF RANK | | |
|---|---|---|---|---|---|
| Navy-USN | SK | E-4 | YEAR 75 | MONTH 10 | DAY 01 |

| 8a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | 7. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) |
|---|---|---|
| N/A | | Libon Albay, Philippines |

| 9a. TYPE OF SEPARATION | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| DISCHARGED | U.S. Naval Station, Subic Bay, R.P. |

| c. AUTHORITY AND REASON | | EFFECTIVE DATE | YEAR 77 | MONTH 03 | DAY 09 |
|---|---|---|---|---|---|
| | | | | | |

| d. CHARACTER OF SERVICE | e. TYPE OF CERTIFICATE ISSUED | 10. REENLISTMENT CODE |
|---|---|---|
| Under Other Than Honorable Conditions | DD259N | |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|
| USS MANLEY (DD940) | N/A |

| 13. TERMINAL DATE OF RESERVE/MSS OBLIGATION | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD | | |
|---|---|---|---|---|
| YEAR N/A   MONTH    DAY | Olongapo Zambales, Philippines | YEAR 74 | MONTH 05 | DAY 28 |

| 16. PRIMARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| SK-0000 | N/A | (a) NET ACTIVE SERVICE THIS PERIOD | 02 | 06 | 10 |
| | | (b) PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| 17. SECONDARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (c) TOTAL ACTIVE SERVICE (a+b) | 02 | 06 | 10 |
| SK-0000 | N/A | (d) PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | | (e) TOTAL SERVICE FOR PAY (c+d) | 02 | 06 | 00 |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 00 | 00 | 00 |

| 19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964 | |
|---|---|
| ☐ YES  ☒ NO | |

| 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years) | |
|---|---|
| SECONDARY/HIGH SCHOOL 12 YRS (1-12 grades)   COLLEGE 2 YRS | |

| 21. TIME LOST (Preceding Two Yrs) | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION | |
|---|---|---|---|---|---|
| 92 | | ☐ $15,000  ☐ $5,000 ☒ $20,000 ☐ $10,000 ☐ NONE | ☒ NO  ☐ YES   AMOUNT | a. TYPE | b. DATE COMPLETED NONE |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

X    X    X
X    X    X
X    X

27. REMARKS

AUTH: BUPERSMAN 3850190     JJc   RE-4     901

TIME LOST:
75OCT10-75OCT21= 11
75DEC01-76FEB20= 81

X
X    X
X    X
X    X
X    X
X    X

06 0426

FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| 28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State and ZIP Code) | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| 01 Panamitan, Kawit Cavite, Philippines | Benicio Aguilar MORTEGA |
| a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
| F.S. VILLANUEVA, PNC USN ASST OFFICER IN CHG OF THE IO | |

| DD FORM 214N 1 NOV 72 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE | THIS IS AN IMPORTANT RECORD SAFEGUARD IT. | REPORT OF SEPARATION FROM ACTIVE DUTY BUREAU OF NAVAL PERSONNEL COPY 2 |
|---|---|---|---|



**DEPARTMENT OF THE NAVY**
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

WDP:tjr:wma
Docket No.2893-82
March 6, 2001

BENICIO A MORTEGA
306 TABON 11
KAWIT 4104 CAVITE
PHILIPPINES

Dear Mr. Mortega:

This is in reference to your application, DD Form 149, dated January 22, 2001. You previously petitioned the Board and were advised in our letter of July 30, 1982, that your application had been disapproved.

Your current application has been carefully examined. Although, at least some of the material you have submitted is new, it is not material. In other words, even if this material was presented to the Board, the decision would inevitably be the same. Accordingly, reconsideration is not appropriate at this time.

It is regretted that the facts and circumstances of your case are such that a more favorable reply cannot be made.

Sincerely,

W. DEAN PFEIFFER
Executive Director

"A"



**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
1131 Roxas Blvd.
0930 Manila Philippines

MAY 2 0 2003

MR BENICIO A MORTEGA
306 TABON 2
KAWIT
4104  CAVITE

In Reply Refer To:  358/21
CSS 567 29 3874

Dear Mr. Mortega:

We have reviewed the records concerning your discharge and determined that your military service doesn't entitle you to VA benefits.

## What We Used To Make Our Decision

We used the following evidence to make our decision:

- VA Form 21-526, Veteran's Application for Compensation and Pension, signed on October 16, 2002
- Military service records from the NPRC
- VA Form 21-4138, Statement in Support of Claim, signed on February 26, 2003.

## What This Means To You

This decision means that you are not eligible for any VA benefits.

You may ask the Service Department Discharge Review Board to change the character of your discharge.  To request this change, you can use the enclosed DD Form 293.

You can also apply for a correction of your military records through the Service Department Board for Correction of Military Records.  To apply for correction, use the enclosed DD Form 149.

The address for the Service Department is on the back of each form.

2

CSS 567 29 3874

## What You Should Do If You Disagree With Our Decision.

If you do not agree with our decision, you should write and tell us why. You have *one year from the date of this letter to appeal the decision.* The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

## Do You Have Questions Or Need Assistance

If you have questions or need assistance with this claim, please call us at 528-2500. If you are calling outside Metro Manila, you may call us toll free at 1-800-1888-5252. Our services are free of charge. You do not have to pay anybody to obtain information or assistance from our office.

If you call please refer to your VA file number **CSS 567 29 3874**. If you write to us, please put your full name and VA file number on the letter. You can visit our web site at *www.va.gov* for more information about veterans' benefits.

Sincerely yours,

R. A. JOHNSON

R. A. JOHNSON
Veterans Service Center Manager

Email us at: manlvaro.inqry@vba.va.gov

Enclosure(s):   DD Form 149
                DD Form 293
                VA Form 4107

211A/140/jgc  567293874-052003.predet



**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
1131 Roxas Blvd.
0930 Manila Philippines

February 3, 2003

MR BENICIO A MORTEGA
306 TABON 2
KAWIT
4104 CAVITE

In Reply Refer To:  358/21
CSS 567 29 3874

Dear Mr. Mortega:

You have applied for disability benefits based on your military service. Eligibility for
U.S. Department of Veterans Affairs (VA) benefits requires a discharge from service under
conditions other than dishonorable.

The service which would qualify you for this benefit was terminated under other than honorable
conditions. We are required to examine all relevant facts leading to your discharge for the
purpose of determining whether or not it was issued under conditions other than dishonorable.
We must decide if this discharge bars VA benefit eligibility. Our decision is of the utmost
importance to you. An unfavorable decision will result in a denial of your current application. It
will also bar entitlement to most VA benefits that you or anyone else could apply for based on
this period of service.

The service department certified that you were released from service on March 9, 1977, under
*other than honorable conditions*.

We base all character of discharge determination on the criteria contained in 38 Code of Federal
Regulations, Section 3.12. We have enclosed a copy of this regulation.

We will examine all relevant facts about the reason for discharge, including a report from the
service department. You may submit any evidence or statement that presents your side of the
case. If the circumstances leading to the discharge involved frequent or long periods of
unauthorized absence, you should explain the reason(s) for those absences.

***Personal Hearing.*** You can request a personal hearing to present evidence or argument on any
important point in your claim. We will arrange a time and place for the hearing. You may bring
witnesses who have personal knowledge of the circumstances. We will consider their testimony
and keep it as part of our permanent records. We will furnish the hearing room, provide hearing
officials, and prepare the transcript of the proceedings. We cannot pay for other expenses of the
hearing, since we hold hearing only upon a claimant's request.

THE EMPLOYEES OF THE VA MANILA REGIONAL OFFICE PUT VETERANS FIRST!

4

CSS 567 29 3874

If you call, please refer to your VA file number CSS 567 29 3874. If you write to us, please put your full name and VA file number on the letter. You can visit our web site at www.va.gov for more information about veterans' benefits.

We have no record of you appointing a service organization or representative to assist you with your claim. You can contact us for a listing of the recognized veterans service organizations and/or representatives. Veterans service organizations which are recognized or approved to provide services to the veteran community can also help you with questions; complete claim forms, etc.

Sincerely yours,

*R A John*

R. A. JOHNSON
Veterans Service Center Manager

Email us at: manlvaro.inqry@vba.va.gov

Enclosure(s):  VA Form 21-4138(2)
               VA Form 21-4142(4)
               VA Form 21-527
               VA form 21-28
               38 CFR 3.12 Excerpt

211A/034/tj  567293874-020303.predet