UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BENICIO MORTEGA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-0426 (EGS) |
| **DEPARTMENT OF DEFENSE, SECRETARY** | ) |
| **Defendant.** | ) |

## PRAECIPE

_____The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney ERIC J. JANSON as counsel of record for defendant Department of Defense in the above-captioned case.

Respectfully submitted,

_____
Eric J. Janson
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-9150
Eric.Janson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 11th day of April 2006, the foregoing Praecipe was sent by U.S. Mail, postage prepaid, to the following:

>Benicio A. Mortega
>27-C 17th Avenue, Murphy
>Quezone City 1109
>Philippines

_____

Eric J. Janson
Special Assistant United States Attorney