UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENICIO MORTEGA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-0426 (EGS) |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court to enlarge the time within which it may answer or otherwise respond to the complaint from June 5, 2006 to July 7, 2006.

In support of this motion, defendant states the following: agency counsel has been diligently researching the relevant administrative records for this case, but will need additional time to obtain a copy of these records, which go back as far as 1976. Defendant is confident that the administrative records can be obtained and an appropriate response can be prepared by July 7, 2006. Defendant has neither sought nor received any prior extensions in this matter.

Pursuant to LCvR 7(m), counsel for Defendant was unable to reach Plaintiff to obtain his consent for the requested extension. According, Defendant cannot represent Plaintiff's position on this motion.

June 5, 2006                                  Respectfully submitted,


_____/s/_____
KENNETH L.  WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney


_____/s/_____
ERIC J. JANSON
Special Assistant United States
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-9150

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENICIO MORTEGA,           ) | |
| )                          | |
| Plaintiff,        )        | |
| )                          | |
| v.                )        | Civil Action No. 06-0426 (EGS) |
| )                          | |
| DEPARTMENT OF DEFENSE,     ) | |
| )                          | |
| Defendant.        )        | |
| _____) | |

**ORDER**

This case having come before this Court on Defendant's Motion for an Enlargement of Time, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and its answer or other appropriate response is due on July 7, 2006.

**SO ORDERED** this _____ day of _____, 2006.

_____
Emmet G. Sullivan
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th day of June 2006, the foregoing Motion for an Enlargement of Time was sent by U.S. Mail, postage prepaid, to the following:

>Benicio A. Mortega
>27-C 17th Avenue, Murphy
>Quezone City 1109
>Philippines

>Eric J. Janson
>Special Assistant United States Attorney