UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENICIO MORTEGA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-0426 (EGS) |

**DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through the undersigned counsel, respectfully moves this Court to enlarge the time within which it may submit its dispositive motion in this case from July 7, 2006 to July 12, 2006.

In support of this motion, Defendant submits that on June 30, 2006, agency counsel was finally able to retrieve the administrative records from the Board of Correction of Naval Records, as well as the record of trial from Plaintiff's Court Martial proceedings in 1976. In addition, Defendant's counsel was involved in a lengthy jury trial in an unrelated civil case -- Travis v. Mineta, Civil Case No. 03-2118. Accordingly, Defendant's counsel respectfully requests an enlargement of time until July 12, 2006 to submit its dispositive motion in this case.

Pursuant to LCvR 7(m), Defendant's counsel was unable to reach Plaintiff to obtain his consent for the requested extension. According, Defendant cannot represent Plaintiff's position on this motion.

July 7, 2006                                  Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
ERIC J. JANSON
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-9150

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENICIO MORTEGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-0426 (EGS) |
| | ) |
| DEPARTMENT OF DEFENSE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case having come before this Court on Defendant's Second Motion for an Enlargement of Time, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and its dispositive motion is due on July 12, 2006.

**SO ORDERED** this _____ day of _____, 2006.

_____
Emmet G. Sullivan
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 7th day of July 2006, the foregoing Motion for an Enlargement of Time was sent by U.S. Mail, postage prepaid, to the following:

> Benicio A. Mortega
> 27-C 17th Avenue, Murphy
> Quezone City 1109
> Philippines

                                              /s/
                                      Eric J. Janson
                                      Special Assistant United States Attorney