

**United States** of **America**

## DEPARTMENT OF THE NAVY

*Washington, D.C.*, 20370-5100

**I hereby certify** *that the annexed* 41 pages constitute a true and accurate copy of the administrative file of the Board of Correction of Naval Records in the case of former SR Benicio A. Mortega, USN, 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; such record being kept in the ordinary course of official supervision and custody

*on file in the* Board of Correction of Naval Records

W. DEAN PFEIFFER
Executive Director,
Board for Correction of Naval Records
Washington, D. C. 20370

### OFFICE OF THE SECRETARY

**I hereby certify** *that* W. Dean Pfeiffer

*who signed the foregoing certificate, was at the time of signing* Executive Director, Board of Correction of Naval Records *and that full faith and credit should be given his certification as such.*



**In testimony whereof,** *I have hereunto set my hand and caused the Seal of the Navy Department to be affixed this* 30 *day of* June , *two thousand* six

00/12 (REV. 1-00)

H. H. DRONBERGER
Captain, JAGC, U.S. Navy
(Civil Law)
For the Secretary of the Navy

I:EBM:rww
2893-82
30 July 1982

Mr Benicio A. Mortega
No. 1 Barrio Panamitan, Kawit
Cavite, Republic of the Philippines

Dear Mr. Mortega:

The Board for Correction of Naval Records considered your application for corrective action in Executive Session on 27 July 1982. This review was conducted in accordance with current procedures applicable to this Board. Documentary material considered by the Board included your application, along with all material submitted in support thereof, your naval records, and pertinent statutes, regulations, and policies. Also considered was an Examiner's Case Summary, a copy of which is enclosed.

After due deliberation the Board determined that the bad conduct discharge which you received on 9 March 1977 was appropriate and equitable under laws and regulations in effect at that time. The Board found that you enlisted in the U.S. Navy on 28 May 1974 at age 25.

Prior to the offense for which you were awarded your punitive discharge, you were awarded nonjudicial punishment on one occasion. Your offenses were unauthorized absence of 11 days and missing the movement of your ship. A special court-martial, convened on 13 April 1976, found you guilty of unauthorized absence of 81 days. The court sentenced you to a bad conduct discharge. On 7 July 1976 the U.S. Navy Court of Military Review affirmed the sentence. Your petition to the Court of Military Appeals was denied on 8 November 1976.

In its review of your application the Board conducted a careful search of your service records for any mitigating matters which might warrant a recharacterization of your punitive discharge. However, no justification for such a change could be found.

In view of the foregoing, the Board has concluded that the facts and circumstances of your case fail to show that a material error has occurred or an injustice has been suffered. Accordingly, your application must be denied. The names and votes of the Board members will be furnished upon request.

It is regretted that favorable action cannot be taken. However, you are entitled to have the Board reconsider its decision upon

00001

submission of new and material evidence. In this regard it is important to keep in mind that a presumption of regularity attaches to all official records. Consequently, when applying for a correction of an official naval record the burden is on the applicant to demonstrate the existence of an error or injustice.

Sincerely,


W. DEAN PFEIFFER
Executive Director

Enclosure

Copy to:
   Ambrosio A. Palma, Esq.

2

00002

<table>
<tr><td></td><td>CODE</td><td>33</td></tr>
</table>

CODE    33

EXAMINER'S INITIALS BBM

DOCKET NUMBER   2893-82

Subj:    MORTEGA     Benicio     A.
    (Last)       (First)       (MI)

SR       USMC/USN
(Rate/Rank)

567 29 3874
(Social Security Number)

(Service Number)

[ ] RECONSIDERATION        [ ] DECEASED

BPM 3850190          A68.00
(Authority)            (Index Code)

**ACTION REQUESTED:**

Review of   BCD           discharge; issued on    9 Mar 1977

by reason of    Sent of SPCM

In addition to Petitioner's application (DD-149) with any attachments/related correspondence, the Board considered the following records:

[✓] Examiner's Case Summary       [ ] NDRB File

[✓] Enlisted/Officer Service Record       [ ] Medical Record

[ ] GCM     [☒] SPCM     [ ] SCM

[ ] Other Records/Advisory Opinion: _____

**BOARD ACTION:**

### Deny Relief

[✓] On 27 July 82 , Messrs Sloan, DeLa Santo, Pleasant

_____ voted to deny relief.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Grant Relief

[ ] On _____ , Messers _____

_____ voted to grant relief IAW the following recommendation:

That Petitioner's naval record be corrected to show that on the above date/or _____, he was issued a/an honorable/general discharge by reason of misconduct/or _____ vice the discharge actually issued to him on that date. _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Break Service

[ ] On _____ , Messrs _____

_____, voted to grant relief IWA the following recommendation:

That Petitioner's naval record be corrected to show that the reason for the discharge issued on _____, be changed to expiration of enlistment, vice convenience of the government. However, they voted to deny his request for any further relief.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Minority Vote

[ ] On the above date, Mr/Ms _____, voted to deny/grant relief.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Comments:

(Discharge Case)

Code 33
Examiner *G.B. Moore*
Docket # *2843-82*

NAME **MORTEGA BENICIO A. SR USN 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**
(Last) (First) (MI) (Rate/Rank) (Service) Ser/SocSec Number

ADDRESS: **No.1 Barrio Panamitan, Kawit
Cavite, Republic of the Philippines**

Petitioner/Relation (If different)

**BcD Sent of SPCM       A.68.00       3PM 3850/90       9 Mar 1977**
DISCHARGED RECEIVED-REASON       INDEX CODE       AUTHORITY       DATE

INJUSTICE ALLEGED: "Unjust"

SUMMARY INFORMATION:                                    REMARKS

| | | |
|---|---|---|
| Deceased | ___yes ✓no | |
| Reconsideration | ___yes ✓no | |
| Counsel | ✓yes ___no | *Ambrosio A. Palma* |
| | ___yes ___no | |
| FBI Report | ___yes ✓no | |
| Last UA | Appr (Surr) | |
| Waived restoration | ___yes ___no | |
| Probation Violated | ___yes ✓no | |
| CMA | ✓yes ___no | |
| Psyc eval | ___yes ✓no | |
| Combat service | ___yes ✓no | |
| NDRB review | ✓yes ___no | *attached* |
| Character/Doc Info | ___yes ✓no | |
| Advisory Opinion | ___yes ✓no | |
| Family/ Hardship | ✓yes ■no | *alleged (info in Record of Trial)* |
| Alcohol/Drugs | ___yes ✓no | |
| Homosexual | ___yes ✓no | |
| Prior active duty | ___yes ✓no | |

SERVICE FACTORS:

DofB **23 Aug 48**   Age at Enl **25**   Date of Enl **28 May 1974**  Date dis **9 Mar 1977**
Educ **14**          GCT/Grp **48/III**  Conduct **3.4**    Ot/Prof **3.3**
NetSer _____        UA time *See Att*   Conf time *See Att*  Total **02.06.10**
  yr mo da           IHCA    yr mo da        yr mo da         yr mo da

DECORATION(S)/AWARDS: *None  National Defense Service Medal*

REMARKS: *Military Judge recommended BcD be suspended.
CA: Noted MJ's recommendation, but approved BcD.*

00004

3?3A

| DATE OF THIS ENL | ENLISTED FOR | | FINDINGS OF FACT | | |
|---|---|---|---|---|---|
| 28 MAY 74 | 4 | | AGE AT THIS ENLISTMENT 25 9 5 | | CREDITABLE SERVICE THIS ENLISTMENT (Year, month, day) 2 6 10 |
| RATINGS HELD THIS ENLISTMENT | | | DOB (USMC) NA | | YRS CIV EDUC 14 | GCT 48 | AFQT 000 |
| SA, 3A, SR | | | | | | | |
| GCT/ED 3.40 (2) | PROF 3.20 (2) | GTA(USN) 3.40 | PRIOR SERVICE-ACTIVE (Year, month, day) NONE | INACTIVE NONE | |
| MILITARY DECORATIONS | | | | | |
| NONE | | | UNIT/CAMPAIGN/SERVICE AWARDS NDSM | | |

| SUMMARY OF SERVICE/FACTS DEVELOPED AT HEARING (IF APPROPRIATE) | | |
|---|---|---|
| 28 MAY 74 1 SEP 74 | | RTC, NTC, SDIEGO, CA USS MANLEY (DD 940) |
| 31 OCT 75 | NJP AWD | Art 86, UA (10-21 OCT 75)(11 das)(S). Art 87, missed ship's movement. Forf $150; Restr for 30 das; ED for 30 das; Red to E-1. |
| 20 FEB 76 | | NAVSTA, SUBIC BAY, RP |
| 13 APR 76 | SPCM SENT | Art 86, UA (1 DEC 75-20 FEB 76)(81 das)(S) BCD. |
| 4 MAY 76 | CA | Approved. |
| 26 MAY 76 | SA | Approved. |
| 7 JUL 76 | COMR | Affirmed. |
| 1 SEP 76 | PT'S | Petition for review by COMA. |
| 8 NOV 76 | COMA | Denied appeal. |
| 22 FEB 77 | | The provisions of Art 71(c), UCMJ, having been complied with, the sentence will be duly executed. |

MEDREC:                    Not available.

SUMMARY OF PT'S STMT: Request upgrade on account did nothing very serious except UA. Thinks discharge "too heavy" for such offense so request case be fairly reviewed and reconsidered.

01.03/34.02

00005

| DATE OF ISSUE |
| --- |
| 09 Mar 77 |

... issue with the propriety of ... ... records revealed no indication ... ... discharge.

... ... ... rial specification of which the ... ... to be established facts, inasmuch ... ... reviewing authority. Therefore, the

324A

| CHANGE | CHANGE | DECISION/RECOMMENDATION |
| --- | --- | --- |

authority. Therefore, the

324A

| NO CHANGE | | CHANGE | DECISION/RECOMMENDATION | |
|---|---|---|---|---|
| XXXXXXXXXXXXX | | | | |

PRESIDENT

WARREN C. GRAHAM, CAPT, USN (SIGNATURE)
MEMBER

CARLTON D. GOODIEL, COL, USMC
MEMBER

JOHN A. LANDRY, LCDR, USN

BOARD MEMBERS
MEMBER

RICHARD D. BLOOMFIELD, MAJ, USMC
MEMBER & RECORDER

CARL D. COFER, LCDR, USN (SIGNATURE)

Dir, NCPB



ORTEGA, Benicio Aguilar

N/A

DISCHARGED

Under Other Than Honorable Conditions

SS MANLEY(DD940)

N/A

Olongapo Zambales, Philippines

Liban Albay, Philippines

U.S. Naval Station, Subic Bay, R.P.

DD259N

N/A

$20,000

NONE

TIME LOST:
750CT10-750CT21= 11
75DEC01-76FEB20= 81

Panamitan, Kawit
Cavite, Philippines

Benicio Aguilar ORTEGA

S. VILLANUEVA, PNC, USN

323

REVIEW OF DISCHARGE
NAVSO ___ SC (REV. 3-72)
SUPERSEDES ALL PREVIOUS EDITIONS
PART 1

DEPARTMENT OF THE NAVY
NAVAL DISCHARGE REVIEW BOARD

_____GA, Ignacio A., ex-SR, 567 29 3874, USN

Sawit Cavite, RP

DATE OF ISSUE
9 MAR 77

PETITIONER PRESENT  [ ] YES  [XXX] NO
PROCEEDINGS REQUIRED  [ ] YES  [XXX] NO
NO
PETITIONER'S CONTENTIONS/ISSUES:  (RELEVANT TO JUSTICE AND EQUITY OF THE DISCHARGE)

No Substantive Issue.

323A

00009



**DEPARTMENT OF THE NAVY**
BOARD FOR CORRECTION OF NAVAL RECORDS
WASHINGTON, D.C. 20370

DLK
13 July 1982

From:   Board for Correction of Naval Records, AA, Room 2428
To:     Navy Jag, Central Records, Hoffman Bldg. II, Mr. Johnson

Subj:   Court-martial's; request for

1.  It is requested that BCNR be loaned the following court-martials:

MORTEGA, Benicio Aguilar                          SPCM/13Apr76
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/USMC                                  US NAVAL STA, Rec'v Unit
                                                  Subic Bay

         For Joe Dunn

                              /

                              DONALD L. KING
                              Records Section



**DEPARTMENT OF THE NAVY**
BOARD FOR CORRECTION OF NAVAL RECORDS
WASHINGTON, D.C. 20370

JR:dlk
Docket # 2893-82-DRS
12 July 1982

Mr. Ambrosio A. Palma
Attorney At Law
Poblacion, Imus 2711
Cavite, Philippines

Dear Mr. Ambrosio

This is to advise you that the records in the case of Benicio A. Mortega
are assembled and ready for review in this office.  In the event you desire
to  examine the records pertaining to this case, they will be made available
at any time between 0800-1630 in the Administrative Office of the Board.
This office is located in Room 2432, Navy Annex Building, Arlington, Virginia.

In the event you find it inconvenient to conduct your review within 30 days,
you may request additional time.  If you fail to respond within the 30 day
period, this case will be resolved on the evidence of record.

Sincerely,

JAMES S. RICHARDSON SR.
Head, Discharge Review Section

Note to
examine
please order SPCM
prior to working

U.S. NAVAL STA, Rech Unit, Subic
13 APR 76

00011

| NAVPERS 1070/126 (REV. 11-81) | NAVY RECORD REQUEST AND CONTROL | | | |
|---|---|---|---|---|

| LAST NAME | FIRST NAME AND MIDDLE NAME | SS |
|---|---|---|
| **MORTEGA** | **BENEDICTO    AGUILAR** | **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** |

| CHARGE TO | DATE OF SEPARATION | FILE NUMBER/SERVICE NUMBER |
|---|---|---|
| | **9 Mar 77** | |

ADDITIONAL DATA/REMARKS

Docket # 2893-82

REG # N3965920

| | | NPRC SEARCH RESULTS | | |
|---|---|---|---|---|
| | | RECORD ATTACHED | RECORD NOT FOUND | CHARGED TO AND DATE | FILE SEARCHED & REMARKS |

| REQUESTED BY | | | | | | |
|---|---|---|---|---|---|---|
| *B. L. Kng* | X | JACKET ENLISTED | | X | *neg* | *6-11-82* |
| NMPC    BONK    DATE 5-27-82 | | OFFICERS FITNESS REPORT JACKET | | | | |
| ROOM 2432    EXT. 41316 | | OFFICER CORRESPONDENCE & SELECTION BOARD JACKETS | | | | |
| TO USER    FROM USER | | MICRO PERSONNEL RECORD WORKING COPY | | | | |
| PERMANENT WITHDRAWAL (FLAT RECORD) ☐ YES   ☐ NO | | | | | | |
| DATE FWD. TO MICRO (PW) | | MEDICAL RECORD | | | | |
| DATE RETURNED TO NPRC | | OTHER | | | | |

00012



DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
WASHINGTON, D.C. 20370

SBK:ccg
4 March 1982

Mr. Benicio A. Mortega
01 Barrio Panamita, Kawit  2713
Cavite, Republic of the Philippines

Dear Mr. Mortega:

This is in reply to your letter of 15 February 1982, concerning a review
of your discharge.

You may petition this Board to take action on your behalf by completing and
returning the enclosed application (DD Form 149), together with any supporting
documents.  Instructions for completion are on the reverse side of the application.

You may be assured that in the event you submit an application, it will be
carefully and conscientiously considered by the Board.

Sincerely,

SHERMAN B. KESLER
Administrative Officer

Enclosure:
(1) DD Form 149

00013

ADRB denied 2/82

# APPLICATION FOR CORRECTION OF MILITARY OR NAVAL RECORD
## UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SEC. 1552
*(See instructions on reverse side BEFORE completing application.)*

35a

Form Approved  Office of
Mgmt & Budget No. 22-R0009

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** Title 10, U.S. Code 1552, Executive Order 9397, 22 Nov 43 (SSN)
**PRINCIPAL PURPOSE:** To apply for correction of a military or naval record.
**ROUTINE USES:** To docket a case. Reviewed by board members to determine relief sought. To determine qualification to apply to board. To compare facts present with evidence in the record.
**DISCLOSURE:** Voluntary. If information is not furnished, applicant may not secure benefits from the Board.

**BRANCH OF SERVICE**

[ ] ARMY  [X] NAVY  [ ] AIR FORCE  [ ] MARINE CORPS  [ ] COAST GUARD

| 1. NAME *(Last, first, middle initial) (Please print)* | 2. PRESENT RATE, GRADE | 3. SERVICE NUMBER | 4. SOCIAL SECURITY NUMBER |
|---|---|---|---|
| MORTEGA, BENICIO, AGUILAR | E-1 | 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 | 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 |

| 5. TYPE OF DISCHARGE *(If by court-martial, state type of court.)* | 6. PRESENT STATUS, IF ANY, WITH RESPECT TO THE ARMED SERVICES *(Active duty, Reserve, etc.)* | 7. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY |
|---|---|---|
| "Under Other Than Honorable Conditions" | Discharged/Separated | March 9, 1977. |

| 8. ORGANIZATION AT TIME OF ALLEGED ERROR IN RECORD | 9. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C. *(No expense to the Government)* |
|---|---|
| Department of the Navy, Washington, D.C. | [ ] YES   [X] NO |

**10. NAME AND ADDRESS OF COUNSEL** *(If any)*
Ambrosio A. Palma  Atty., Poblacion, Imus 27,1, Cavite, Philippines.

**11. I REQUEST THE FOLLOWING CORRECTION OF ERROR OR INJUSTICE:**
That the crash of the contention of the U.S. Navy purportedly that the above-named US Serviceman was discharged on the ground of "Under Other than Honorable Conditions" as a matter of right and in due course are specifically rebutted and objectively denied on the material points.

**12. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST IN THE FOLLOWING PARTICULARS:**
That the adverse and inimical report of the Department of the Navy appears erroneous and totally absurd as against Equity and Good Conscience and therefore completely without justification.

**13. IN SUPPORT OF THIS APPLICATION I SUBMIT AS EVIDENCE THE FOLLOWING:** *(If Veterans Administration records are pertinent to your case, give Regional Office location and Claim Number.)*
That the stated "Verified Petition, Etc." authenticated as of February 15th, 1982, with respect to all of the Averment and specificities cited therein is repleaded and reproduced, by way of his affirmative and special Defenses, on the legal and material points.

**14. a. THE DATE OF THE DISCOVERY OF THE ALLEGED ERROR OR INJUSTICE WAS** shortly discovered. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THIS APPLICATION That it is within the penultimate provisions of Section 207 of the Legislative Reorganization Act of 1946; under US PL-220, 82nd. Congress. PL-85-857 and PL-87-651 that the Hon. convening Board: Navy Discharge Review Board, Department of the Navy Washington, D.C. 20370 in the interest of justice, to accordingly CONSIDER and APPROVED this Application/Petition thereof and soonest.

**15.** APPLICANT MUST SIGN IN THE SPACE PROVIDED. IF THE RECORD IN QUESTION IS THAT OF A PERSON WHO IS DECEASED OR INCOMPETENT, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY APPLICATION. IF APPLICATION IS SIGNED BY SPOUSE, WIDOW OR WIDOWER, NEXT OF KIN OR LEGAL REPRESENTATIVE, INDICATE RELATIONSHIP OR STATUS IN APPROPRIATE BOX.   [ ] SPOUSE  [ ] WIDOW  [ ] WIDOWER  [ ] NEXT OF KIN  [ ] LEGAL REP  [ ] OTHER *(Specify)* Applicant.

**16.** I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILFULLY MAKING A FALSE STATEMENT OR CLAIM. *(U.S. Code, Title 18, Sec. 287, 1001, provides a penalty of not more than $10,000 fine or not more than 5 years imprisonment or both.)*

| 17. COMPLETE ADDRESS, INCLUDING ZIP CODE *(Applicant should forward notification of all changes of address)* | DOCUMENT NUMBER *(DO NOT WRITE IN THIS SPACE)* |
|---|---|
| No1 "I" Barrio Panamitan, Kawit, Cavite, Philippine Islands | 2893-82 |

| 18. DATE | 19. SIGNATURE *(Applicant must sign here.)* | |
|---|---|---|
| May 1st, 1982 | *Benicio A. Mortega*  BENICIO AGUILAR MORTEGA | |

**DD FORM 149**
1 FEB 78
EDITION OF 1 APR 69 IS OBSOLETE AND REPLACES DD FORM 149,
PRIVACY ACT STATEMENT, 26 SEP 75, WHICH IS OBSOLETE.

00014

## INSTRUCTIONS

1. For detailed information see:

   Air Force Regulation 31-3

   Army Regulations 15-185

   Coast Guard, Code of Federal Regulations
   Title 33, Part 52

   Navy, NAVEXOS P-473, as revised

2. Submit original only of this form.

3. Complete all items. If the question is not applicable, mark—"None".

4. If space is insufficient, use "Remarks" or attach additional sheet if necessary.

5. Various veterans and service organizations furnish counsel without charge. These organizations prefer that arrangements for representation be made through local postured chapters.

6. List all attachments or inclosures.

7. ITEMS 9 and 10. Personal appearance of you and your witnesses or representation by counsel is not required to insure full and impartial consideration of applications. Appearances and representations are permitted, at no expense to the Government when a hearing is authorized.

8. ITEM 11. State the specific correction of record desired.

9. ITEM 12. In order to justify correction of a military or naval record, it is necessary for you to show to the satisfaction of the Board, or it must otherwise satisfactorily appear, that the alleged entry or omission in the record was in error or unjust. Evidence may include affidavits or signed testimony of witnesses, executed under oath, and a brief of arguments supporting application. All evidence not already included in your record must be submitted by you. The responsibility for securing new evidence rests with you.

10. ITEM 14. 10 U.S.C. 1552b provides that no correction may be made unless request is made within three years after the discovery of the error or injustice, but that the Board may excuse failure to file within three years after discovery if it finds it to be in the interest of justice.

---

## MAIL COMPLETED APPLICATIONS TO APPROPRIATE ADDRESS BELOW

| ARMY | NAVY AND MARINE CORPS | COAST GUARD | AIR FORCE |
|---|---|---|---|
| (For Active Duty Personnel)<br><br>Army Board for Correction of Military Records<br>Department of the Army<br>Washington, D.C. 20310<br><br>(For Other than Active Duty Personnel)<br><br>CO, USARCPAC<br>9700 Page Blvd.<br>St. Louis, MO. 63132 | Board for Correction of Naval Records<br>Department of the Navy<br>Washington, D.C. 20370 | U.S. Coast Guard<br>ATTN: Senior Member<br>Board for Correction of Coast<br>Guard Records<br>Washington, D.C. 20591 | USAFMPC/DPMDOA1<br>Randolph AFB, Tex. 78148 |

---

REMARKS (Applicant has exhausted all administrative channels in seeking this correction and has been counseled by a representative of his/her service or military personnel office. (Applicable only to active duty and reserve personnel.))

That it is, in addition, most respectfully requested and solicited from the good auspices of the Department of the Navy concerned, that Applicant's Verified Petition for the purposes and entitled "Verified Petition In Re This Applicant's Discharge should be recharacterized to General Discharge (Under Honorable Conditions) for the convenience of the Government" instituted and filed as of February 19th, 1982, be accordingly given due course and in the whole process, be endorsed for consideration and approval in the their further administration and dispensation of Justice, Equity and Good conscience.

*Benicio A. Mortega*

**BENICIO AGUILAR MORTEGA**
(Applicant)

00015

## APPLICATION FOR CORRECTION OF MILITARY OR NAVAL RECORD
### UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SEC. 1552
*(See instructions on reverse side BEFORE completing application.)*

Form Approved  Office of
Mgmt & Budget No. 22-R0009

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

AUTHORITY:        Title 10, U.S. Code 1552, Executive Order 9397, 22 Nov 43 (SSN)
PRINCIPAL PURPOSE:  To apply for correction of a military or naval record.
ROUTINE USES:     To docket a case. Reviewed by board members to determine relief sought. To determine qualification to apply to
                  board. To compare facts present with evidence in the record.
DISCLOSURE:       Voluntary. If information is not furnished, applicant may not secure benefits from the Board.

BRANCH OF SERVICE: MORTEGA, BENICIO, AGUILAR  [ ] ARMY  [ ] NAVY  [ ] AIR FORCE  [ ] MARINE CORPS 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  [ ] COAST GUARD 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

| 1. NAME (Last, first, middle initial) (Please print) | 2. PRESENT RATE GRADE | 3. SERVICE NUMBER | 4. SOCIAL SECURITY NUMBER |
|---|---|---|---|
| "Under Other Than Honorable Conditions" | | Discharged/Separated March 9, 1977. | |

| 5. TYPE OF DISCHARGE (If by court-martial, state type) | 6. PRESENT STATUS, IF ANY, WITH RESPECT TO SERVICES (Active duty, retired, Reserve, etc.) | 7. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY |
|---|---|---|
| Department of the Navy, Washington, D.C. | | X |

8. ORGANIZATION AT TIME OF ALLEGED ERROR IN RECORD.    9. I DESIRE TO APPEAR BEFORE THE BOARD IN

Ambrosio A. Palma, Atty., Poblacion, Imus 2711, Cavite, Philippines.

10. That the crash of the contention of the U.S. Navy purportedly that the above-named US Serviceman was discharged on the ground of "Under Other than Honorable Conditions" as a matter of right and in due course are specifically traversed and objectively denied on the material points.

That the adverse and inimical report of the Department of the Navy appears erroneous and totally absurd as against Equity and Good Conscience and therefore completely without justification.

11. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST IN THE FOLLOWING PARTICULARS.

That the stated "Verified Petition, Etc." authenticated as of February 15th, 1982, with respect to all of the Averment and specificities cited therein is repleaded and reproduced by way of his affirmative and special Defenses on the legal and material points.
                                         shortly discovered
                        That it is within the penultimate
provisions of Section 207 of the Legislative Reorganization Act of 1946;
under US PL-220, R204, Congress PL-88-887, and PL-87-651  that the Hon.
convening Board, Navy Discharge Review Board, Department of the Navy, Wa-
shington, D.C. 20370  IN THE interest of justice, to accordingly CONSIDER
and APPROVED this Application/Petition thereof and soonest.

                                                        Applicant.

12. APPLICANT MUST SIGN IN THE SPACE PROVIDED. IF THE RECORD IN QUESTION IS THAT OF A PERSON WHO IS DECEASED OR INCOMPETENT, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY APPLICATION. IF APPLICATION IS SIGNED BY SPOUSE, WIDOW OR WIDOWER, NEXT OF KIN OR LEGAL REPRESENTATIVE, INDICATE RELATIONSHIP OR STATUS IN APPROPRIATE BOX.  [ ] SPOUSE  [ ] WIDOW  [ ] WIDOWER  [ ] NEXT OF KIN  [ ] LEGAL REP  [ ] OTHER (Specify) ___

13. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR ...
No. 16 Barrio Tanguitay, Imus, Cavite, Philippine Islands ... fine of not more than $10,000 fine or not more than 5 years imprisonment or both.)

14. COMPLETE ADDRESS, INCLUDING ZIP CODE (Applicant should forward notification of all changes of ...

May 1st, 1982

BENICIO AGUILAR MORTEGA

| DOCUMENT NUMBER |
|---|
| (DO NOT WRITE IN THIS SPACE) |

18. DATE    19. SIGNATURE (Applicant must sign here.)

DD FORM 149    EDITION OF 1 APR 69 IS OBSOLETE AND REPLACES DD FORM 149, PRIVACY ACT STATEMENT, 26 SEP 15, WHICH IS OBSOLETE.

00016

## INSTRUCTIONS

1. For detailed information see:

   Air Force Regulation 31-3

   Army Regulations 15-185

   Coast Guard, Code of Federal Regulations
   Title 33, Part 52

   Navy, NAVEXOS P-473, as revised

2. Submit original only of this form.

3. Complete all items. If the question is not applicable, mark—"None".

4. If space is insufficient, use "Remarks" or attach additional sheet if necessary.

5. Various veterans and service organizations furnish counsel without charge. These organizations prefer that arrangements for representation be made through local posts or chapters.

6. List all attachments or inclosures.

7. ITEMS 9 and 10. Personal appearance of you and your witnesses or representation by counsel is not required to insure full and impartial consideration of applications. Appearances and representations are permitted, at no expense to the Government when a hearing is authorized.

8. ITEM 11. State the specific correction of record desired.

9. ITEM 12. In order to justify correction of a military or naval record, it is necessary for you to show to the satisfaction of the Board, or it must otherwise satisfactorily appear, that the alleged entry or omission in the record was in error or unjust. Evidence may include affidavits or signed testimony of witnesses, executed under oath, and a brief of arguments supporting application. All evidence not already included in your record must be submitted by you. The responsibility for securing new evidence rests with you.

10. ITEM 14. 10 U.S.C. 1552b provides that no correction may be made unless request is made within three years after the discovery of the error or injustice, but that the Board may excuse failure to file within three years after discovery if it finds it to be in the interest of justice.

### MAIL COMPLETED APPLICATIONS TO APPROPRIATE ADDRESS BELOW

| ARMY | NAVY AND MARINE CORPS | COAST GUARD | AIR FORCE |
|---|---|---|---|
| (For Active Duty Personnel) Army Board for Correction of Military Records Department of the Army Washington, D.C. 20310 (For Other than Active Duty Personnel) CO, USARCPAC 9700 Page Blvd. St. Louis, MO 63132 | Board for Correction of Naval Records Department of the Navy Washington, D.C. 20370 | U.S. Coast Guard ATTN: Senior Member Board for Correction of Coast Guard Records Washington, D.C. 20591 | USAFMPC/DPMDOA1 Randolph AFB, Tex. 78148 |

REMARKS (Applicant has exhausted all administrative channels in seeking this correction and has been counseled by a representative of his/her servicing military personnel office. (Applicable only to active duty and reserve personnel))

That it is, in addition, most respectfully requested and solicited from the good auspices of the Department of the Navy concerned, that Applicant's Verified Petition for the purposes and entitled "Verified Petition In Re (Under Honorable Conditions) for the convenience of the Government" instituted and filed as of February 19th, 1982, be accordingly give due course and in the whole process, be endorsed for consideration and approval in their further administration and disposition of Justice, Equity and Good ...

*Benicio A. Mortega*

**BENICIO AGUILAR MORTEGA**
(Applicant)

00017

**DEPARTMENT OF THE NAVY**
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON, D.C. 20370-5100

WDP:tjr:wma
Docket No. 2893-82
27 June 1997

BENICIO A MORTEGA
306 TABON 11 KAWIT 4104
CAVITE PHILIPPINES

Dear Mr. Mortega:

This is in reference to your application, DD Form 149, dated 29
April 1997.  You previously petitioned the Board and were
advised in our letter of 30 July 1982 that your application had
been disapproved.

Your current application has been carefully examined.
Although, at least some of the material you have submitted is
new, it is not material.  In other words, even if this material
was presented to the Board, the decision would inevitably be
the same.  Accordingly, reconsideration is not appropriate at
this time.

It is regretted that the facts and circumstances of your case
are such that a more favorable reply cannot be made.

Sincerely,

W. DEAN PFEIRFER
Executive Director

00018

tjr

P-recon

**REFERENDUM**

JUN
JUN 2 1997

┌─────────────────────┐
│      Affix          │
│      Barcode        │
│      Label          │
│      Here           │
└─────────────────────┘

**Subject's Name:**

Mortega              Benicio              A. ~
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾      ‾‾‾‾‾   ‾‾‾‾‾‾‾‾
Last                 First                MI      Suffix

[X] **REQUEST FOR RECONSIDERATION**

[ ] Approved: _____  _____

JUN 2 4 1997   [X] Disapproved: _Offeed_____  _24 Jun 97_
                              Signature            Date
                                                  24 Jun 97

[ ] **ADMINSTRATIVE RE-OPEN**

[ ] Approved: _____  _____
                 Signature            Date

**COMMENTS:** _Nothing new or material;_
_UA/92 days = NJP & SPCM_

_____
_____

**Note:** Please deliver to
OIS Section with "closed"
BCNR file                          **New Docket No.**

(OIS/11 1JUL86)                    ┌──────────────────┐
                                   │  03597-97        │
                                   └──────────────────┘

00019

DRS
RECON
35

# APPLICATION FOR CORRECTION OF MILITARY RECORD
## UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SECTION 1552
*(Please read instructions on reverse side BEFORE completing application.)*

Form Approved
OMB No. 0704-0003
Expires Dec 31, 1988

### PRIVACY ACT STAT...

**AUTHORITY:** Title 10, U.S. Code 1552, Executive Order 9397, Novem...
**PRINCIPAL PURPOSE:** To apply for correction of a military record.
**ROUTINE USES:** To docket a case. Reviewed by board members to deter...
board. To compare facts present with evidence in the rec...
**DISCLOSURE:** Voluntary. If information is not furnished, applicant m...

Mortega, Benicio A.

#83597-97

MAY 1 4 1997

## 1. APPLICANT DATA

**a. BRANCH OF SERVICE (X one)**

| | (1) ARMY | [X] (2) NAVY | (3) AIR FORCE | (4) MARINE CORPS | (5) COAST GUARD |

**b. NAME (Last, First, Middle Initial) (Please print)**
MORTEGA, BENICIO A.

**c. PRESENT PAYGRADE** E-1

**d. SERVICE NUMBER (If applicable)**

**e. SOCIAL SECURITY NUMBER**
567 29 3874

**2. TYPE OF DISCHARGE (If by court-martial, state type of court.)** Under other than Honorable conditions

**3. PRESENT STATUS, IF ANY, WITH RESPECT TO THE ARMED SERVICES (Active duty, Retired, Reserve, etc.)**

**4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY**

**5. ORGANIZATION AT TIME OF ALLEGED ERROR IN RECORD**
USS MANLY ( DD 940)

**6. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C. (No expense to the Government) (X one)**

| a. YES | [X] b. NO |

**7. COUNSEL (If any)**

**a. NAME (Last, First, Middle Initial)**

**b. ADDRESS (Street, City, State and Zip Code)**

**8. I REQUEST THE FOLLOWING CORRECTION OF ERROR OR INJUSTICE:**
Under other than Honorable conditions to HONORABLE DISCHARGED

**9. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST IN THE FOLLOWING PARTICULARS:**
That my character of service should change to HONORABLE DISCHARGED.

**10. IN SUPPORT OF THIS APPLICATION I SUBMIT AS EVIDENCE THE FOLLOWING:** *(If Veterans Administration records are pertinent to your case, give Regional Office location and Claim Number.)*

**11. ALLEGED ERROR OR INJUSTICE DATA**

**a. DATE OF DISCOVERY**

**b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THIS APPLICATION.**
I was unaware that I can be corrected under the provisions of Title 10 U.S. Code Section 1552

**12. APPLICANT MUST SIGN IN ITEM 16. IF THE RECORD IN QUESTION IS THAT OF A DECEASED OR INCOMPETENT PERSON, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY APPLICATION. IF APPLICATION IS SIGNED BY OTHER THAN APPLICANT, INDICATE RELATIONSHIP OR STATUS BY MARKING APPROPRIATE BOX.**

| a. SPOUSE | b. WIDOW | c. WIDOWER | d. NEXT OF KIN | e. LEGAL REP | f. OTHER (Specify) |

**13. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM. (U.S. Code, Title 18, Sec. 287, 1001, provides a penalty of not more than $10,000 fine or not more than 5 years imprisonment or both.)**

**14. COMPLETE CURRENT ADDRESS, INCLUDING ZIP CODE** *(Applicant should forward notification of all changes of address.)*
# 306 Tabon 11, Kawit 4104 Cavite, Philippines

**DOCUMENT NUMBER** *(Do not write in this space.)*

**15. DATE SIGNED**
April 29, 1997

**16. SIGNATURE (Applicant must sign here.)**
X

MAY 1 2 1997

**D Form 149, FEB 86**          *Previous editions are obsolete.*

00020

**INSTRUCTIONS**
*(All data should be typed or printed)*

1. For detailed information see:

   Air Force Regulation 31-3

   Army Regulation 15-185

   Coast Guard, Code of Federal Regulations Title 33, Part 52

   Navy, NAVEXOS P-473, as revised

2. Submit only original of this form.

3. Complete all items. If the question is not applicable, mark "None."

4. If space is insufficient, use "Remarks" or attach additional sheet.

5. Various veterans and service organizations furnish counsel without charge. These organizations prefer that arrangements for representation be made through local posts or chapters.

6. List all attachments and enclosures.

7. ITEMS 6 AND 7. Personal appearance of you and your witnesses or representation by counsel is not required to insure full and impartial consideration of applications. Appearances and representations are permitted, at no expense to the Government, when a hearing is authorized.

8. ITEM 8. State the specific correction of record desired.

9. ITEM 9. In order to justify correction of a military record, it is necessary for you to show to the satisfaction of the Board, or it must otherwise satisfactorily appear, that the alleged entry or omission in the record was in error or unjust. Evidence may include affidavits or signed testimony of witnesses, executed under oath, and a brief of arguments supporting application. All evidence not already included in your record must be submitted by you. The responsibility for securing new evidence rests with you.

10. ITEM 11. 10 U.S.C. 1552b provides that no correction may be made unless request is made within three years after the discovery of the error or injustice, but that the Board may excuse failure to file within three years after discovery if it finds it to be in the interest of justice.

---

**MAIL COMPLETED APPLICATIONS TO APPROPRIATE ADDRESS BELOW**

| ARMY | NAVY AND MARINE CORPS | COAST GUARD | AIR FORCE |
|---|---|---|---|
| (For Active Duty Personnel) Army Board for Correction of Military Records Department of the Army Washington, DC 20310-1803 (For Other than Active Duty Personnel) CO, USARPERCEN 9700 Page Blvd. St. Louis, MO 63132-5260 | Board for Correction of Naval Records Department of the Navy Washington, DC 20370-5100 | Chairman Board for Correction of Military Records (C-60) Department of Transportation 400 7th St., SW Washington, DC 20590 | Board for Correction of Air Force Records AFMPC/DPMDOA1 Randolph AFB, TX 78150-6001 |

---

17. REMARKS *(Applicant has exhausted all administrative channels in seeking this correction and has been counseled by a representative of his/her servicing military personnel office. (Applicable only to active duty and reserve personnel.))*

00021

D Form 149 Reverse, FEB 86

*THIS IS AN IMPORTANT RECORD SAFEGUARD IT.*

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH | YEAR | MONTH | DAY |
|---|---|---|---|---|---|---|
| MORTEGA, Benicio Aguilar | M | 567 29 3874 | | 48 | 08 | 23 |

| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 6a. GRADE, RATE OR RANK | 7. PAY GRADE | DATE OF RANK | YEAR | MONTH | DAY |
|---|---|---|---|---|---|---|
| Navy-USN | SR | E-1 | | 75 | 10 | 31 |

| 8a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) |
|---|---|---|
| N/A | --------------- | Libon Albay, Philippines |

| 9a. TYPE OF SEPARATION | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| DISCHARGED | U.S. Naval Station, Subic Bay, R.P. |

| c. AUTHORITY AND REASON | | d. EFFECTIVE DATE | YEAR | MONTH | DAY |
|---|---|---|---|---|---|
| --------------- | | | 77 | 03 | 09 |

| e. CHARACTER OF SERVICE | f. TYPE OF CERTIFICATE ISSUED | 10. REENLISTMENT CODE |
|---|---|---|
| Under Other Than Honorable Conditions | DD259N | --------- |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|
| USS MANLEY (DD940) | N/A |

| 13. TERMINAL DATE OF RESERVE/OBLIGATION | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD |
|---|---|---|
| YEAR MONTH DAY | | YEAR MONTH DAY |
| N/A | Olongapo Zambales, Philippines | 74 05 28 |

| 16a. PRIMARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18 RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| SR-0000 | N/A | (a) NET ACTIVE SERVICE THIS PERIOD | 02 | 06 | 10 |
| | | (b) PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| (secondary) SR-0000 | N/A | (c) TOTAL ACTIVE SERVICE | 02 | 06 | 10 |
| | | (d) PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | | (e) TOTAL SERVICE FOR PAY a+d | 02 | 06 | 10 |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 00 | 00 | 00 |

20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years)
SECONDARY/HIGH SCHOOL 12 YRS (1-12 grades)    COLLEGE 2 YRS

| 21. TIME LOST (Preceding Two Years) | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION |
|---|---|---|---|---|
| 92 | | $20,000 | NO | a. TYPE    b. DATE COMPLETED |
| | | | | NONE |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

X    X    X
X    X
X    X

27. REMARKS

TIME LOST:
75OCT10-75OCT21= 11
75DEC01-76FEB20= 81

| 28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State and ZIP Code) | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| 01 Panamitan, Kawit Cavite, Philippines | Benicio Aguilar MORTEGA |

| 30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| F.S. VILLANUEVA, PNC, USN ASST.PERSOFF BY DIR OF THE CO | |

DD FORM 214N 1 NOV 72    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE    S/N 0102-002-0202

*THIS IS AN IMPORTANT RECORD SAFEGUARD IT.*    REPORT OF SEPARATION FROM ACTIVE DUTY

00022

'06 TABODA II CIRCUIT 4184
CAVITE, PHILIPPINES

**DEPARTMENT OF THE NAVY**
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

WDP:tjr:wma
Docket No.2893-82
March 6, 2001

BENICIO A MORTEGA
306 TABON 11
KAWIT 4104 CAVITE
PHILIPPINES

Dear Mr. Mortega:

This is in reference to your application, DD Form 149, dated January 22, 2001. You previously petitioned the Board and were advised in our letter of July 30, 1982, that your application had been disapproved.

Your current application has been carefully examined. Although, at least some of the material you have submitted is new, it is not material. In other words, even if this material was presented to the Board, the decision would inevitably be the same. Accordingly, reconsideration is not appropriate at this time.

It is regretted that the facts and circumstances of your case are such that a more favorable reply cannot be made.

Sincerely,

W. DEAN PFEIFFER
Executive Director

00024



## REFERENDUM

*p-recon*

*FEB 16 2001*

Affix
Barcode
Label
Here

Subject's Name:

Mortega                    Benicio              A.
Last                       First                MI    Suffix

☒ REQUEST FOR RECONSIDERATION

☐ Approved: _____

*MAR 16*

☒ Disapproved: _____    2 Mar 01
                                         _____
               Signature                 Date

☐ ADMINISTRATIVE RE-OPEN

☐ Approved: _____
               Signature                 Date

COMMENTS: *New Contention — none material
evidence.*
_____
_____
_____
_____

NOTE: Please deliver to
OIS Section with "closed"
BCNR file

NEW Docket No.
_____

(OIS/11 1Jul86)



00025

# APPLICATION FOR CORRECTION OF MILITARY RECORD
## UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SECTION 1552
(Please read instructions on reverse side BEFORE completing application.)

Form Approved
OMB No. 0704-0003
Expires Dec 31, 1988

**PRIVACY ACT STATEMENT**

Mortega, Benicio A.

*00852-01*

**AUTHORITY:** Title 10, U.S. Code 1552, Executive Order 9397, November

**PRINCIPAL PURPOSE:** To apply for correction of a military record.

**ROUTINE USES:** To docket a case. Reviewed by board members to determine board. To compare facts present with evidence in the record

**DISCLOSURE:** Voluntary. If information is not furnished, applicant may

## 1. APPLICANT DATA

**a. BRANCH OF SERVICE (X one)**

☐ (1) ARMY   ☒ (2) NAVY   ☐ (3) AIR FORCE   ☐ (4) MARINE CORPS   ☐ (5) COAST GUARD

**b. NAME (Last, First, Middle Initial) (Please print)**
MORTEGA, BENICIO A.

**c. PRESENT PAYGRADE**
E-1

**d. SERVICE NUMBER (If applicable)**
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

**e. SOCIAL SECURITY NUMBER**
567 29 3874

**2. TYPE OF DISCHARGE (If by court-martial, state type of court.)** UNDER OTHER THAN HONORABLE CONDITIONS (SPECIAL COURT-MARTIAL)

**3. PRESENT STATUS, IF ANY, WITH RESPECT TO THE ARMED SERVICES (Active duty, Retired, Reserve, etc.)** INACTIVE

**4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY**
09 MARCH 1977

**5. ORGANIZATION AT TIME OF ALLEGED ERROR IN RECORD**

**6. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C. (No expense to the Government) (X one)**
☐ a. YES   ☒ b. NO

## 7. COUNSEL (If any)

**a. NAME (Last, First, Middle Initial)** NONE

**b. ADDRESS (Street, City, State and Zip Code)**

## 8. I REQUEST THE FOLLOWING CORRECTION OF ERROR OR INJUSTICE:

PLEASE SEE ATTACHMENT

## 9. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST IN THE FOLLOWING PARTICULARS:

PLEASE SEE ATTACHMENT

## 10. IN SUPPORT OF THIS APPLICATION I SUBMIT AS EVIDENCE THE FOLLOWING: (If Veterans Administration records are pertinent to your case, give Regional Office location and Claim Number.)

PLEASE SEE ATTACHMENT

## 11. ALLEGED ERROR OR INJUSTICE DATA

**a. DATE OF DISCOVERY** 15 DECEMBER 2000

**b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THIS APPLICATION.**

**12. APPLICANT MUST SIGN IN ITEM 16. IF THE RECORD IN QUESTION IS THAT OF A DECEASED OR INCOMPETENT PERSON, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY APPLICATION. IF APPLICATION IS SIGNED BY OTHER THAN APPLICANT, INDICATE RELATIONSHIP OR STATUS BY MARKING APPROPRIATE BOX.**

☐ a. SPOUSE   ☐ b. WIDOW   ☐ c. WIDOWER   ☐ d. NEXT OF KIN   ☐ e. LEGAL REP   ☐ f. OTHER (Specify)

**13. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM. (U.S. Code, Title 18, Sec. 287, 1001, provides a penalty of not more than $10,000 fine or not more than 5 years imprisonment or both.)**

**14. COMPLETE CURRENT ADDRESS, INCLUDING ZIP CODE (Applicant should forward notification of all changes of address.)**
306 TABON II, KAWIT, 4104 CAVITE, PHILIPPINES

**DOCUMENT NUMBER (Do not write in this space.)**
FEB -2 2001

**15. DATE SIGNED**
22 JANUARY 2001

**16. SIGNATURE (Applicant must sign here.)**

D Form 149, FEB 86    Previous editions are obsolete.

00026

# INSTRUCTIONS
*(All data should be typed or printed)*

1. For detailed information see:

   Air Force Regulation 31-3

   Army Regulation 15-185

   Coast Guard, Code of Federal Regulations
   Title 33, Part 52

   Navy, NAVEXOS P-473, as revised

2. Submit only original of this form.

3. Complete all items.   If the question is not applicable, mark "None."

4. If space is insufficient, use "Remarks" or attach additional sheet.

5. Various veterans and service organizations furnish counsel without charge. These organizations prefer that arrangements for representation be made through local posts or chapters.

6. List all attachments and enclosures.

7. **ITEMS 6 AND 7.**  Personal appearance of you and your witnesses or representation by counsel is not required to insure full and impartial consideration of applications. Appearances and representations are permitted, at no expense to the Government, when a hearing is authorized.

8. **ITEM 8.** State the specific correction of record desired.

9. **ITEM 9.** In order to justify correction of a military record, it is necessary for you to show to the satisfaction of the Board, or it must otherwise satisfactorily appear, that the alleged entry or omission in the record was in error or unjust.   Evidence may include affidavits or signed testimony of witnesses, executed under oath, and a brief of arguments supporting application. All evidence not already included in your record must be submitted by you. The responsibility for securing new evidence rests with you.

10. **ITEM 11.** 10 U.S.C. 1552b provides that no correction may be made unless request is made within three years after the discovery of the error or injustice, but that the Board may excuse failure to file within three years after discovery if it finds it to be in the interest of justice.

## MAIL COMPLETED APPLICATIONS TO APPROPRIATE ADDRESS BELOW

| ARMY | NAVY AND MARINE CORPS | COAST GUARD | AIR FORCE |
|---|---|---|---|
| **(For Active Duty Personnel)**<br>Army Board for Correction of<br>Military Records<br>Department of the Army<br>Washington, DC 20310-1803<br>**(For Other than Active Duty Personnel)**<br>CO, USARPERCEN<br>9700 Page Blvd.<br>St. Louis, MO 63132-5260 | Board for Correction of Naval<br>Records<br>Department of the Navy<br>Washington, DC 20370-5100 | Chairman<br>Board for Correction of Military<br>Records (C-60)<br>Department of Transportation<br>400 7th St., SW<br>Washington, DC 20590 | Board for Correction of Air Force<br>Records<br>AFMPC/DPMDOA1<br>Randolph AFB, TX 78150-6001 |

**17. REMARKS** *(Applicant has exhausted all administrative channels in seeking this correction and has been counseled by a representative of his/her servicing military personnel office. (Applicable only to active duty and reserve personnel.))*

PLEASE SEE ATTACHMENT

00027

DD Form 149 Reverse, FEB 86

1. THAT THE SPECIAL COURT-MARTIAL CONVENED HAS NO
JURISDICTION ON A CASE OF A 3 MONTHS U.A. AS IT
COULD BE REFERRED ONLY TO A SUMMARY COURT-
MARTIAL ;

2. THAT DUE TO THE FACT THAT I SURRENDERED MYSELF,
THAT CONSTITUTES A FACTOR THAT FOR AN OFFENSE
OF A 3 MONTHS U.A. , IT SHOULD BE REFERRED TO
JUST A SUMMARY COURT-MARTIAL ONLY ;

3. THAT DURING THE PRELIMINARY INQUIRY, THE
COURT APPOINTED LAWYER THE THEN LT. CHAR-
LES JEFFRIES COERCED ME TO SIGN A PLEA BAR-
GAINING AGREEMENT WITH THE PROMISE OF A NO
PUNITIVE DISCHARGE AND BACK TO NORMAL DUTY.

4. THAT I, WITH ALL OBJECTIONS ON THE SPECIAL COURT-
MARTIAL, INVOLUNTARILY SIGNED THE PLEA BAR-
GAINING WITH HOPES OF RELIEF THAT ONLY FOR-
FEITURE OF PAY, AND NO PUNITIVE DISCHARGE WAS
UNDERSTOOD SINCE I PERSISTENTLY REQUESTED FOR
A SUMMARY COURT-MARTIAL ONLY ;

5. THAT I, UNKNOWINGLY, SIGNED A PLEA BARGAINING
AGREEMENT, THAT LATER BECAME A BASIS BY THE
SPECIAL COURT-MARTIAL JUDGE, THE THEN CDR.
JEANNIE VAN SLATE TO SENTENCE ME TO BE
DISCHARGED FROM THE U.S. NAVY WITH A BAD CON-
DUCT DISCHARGE ;

6. THAT I VEHEMENTLY REJECTED THE SENTENCE OF THE
COURT, AND ASKED THE LT. CHARLES JEFFRIES ABOUT
THE SENTENCE WHICH WAS NOT PART OF THE AGREEMENT,
THEN HE JUST TOLD ME THAT THE APPELATE COURT
WOULD JUST ERASE IT. AND I DID TRUSTED HIM
FOR THAT ;

7. THAT WITH ALL MY OBJECTION TO THE SENTENCE

00028

ADJUDGED, BECAUSE I WOULD BE LOSING MY JOB, I WAS DIS-
CHARGED FROM THE U.S. NAVY ON 09 MAR 1977.

THAT WITH THE FOREGOING STATEMENTS, I AM NOW FOR-
MALLY APPEALING THE BOARD FOR AN UPGRADING OF
MY DISCHARGE TO HONORABLE WITH BACK WAGES AND
WITH AN ASSUMPTION OF A 20 YEAR ENLISTMENT
OF AN ORDINARY ENLISTED MAN. THAT THIS APPEAL
IS BASED ON THE FOLLOWING GROUNDS:

1. THAT DUE TO THE DENIAL OF THE NAVAL LEGAL OFFICE,
SUBIC BAY TO MY REQUEST THAT I BE SHIPPED BACK
TO MY THEN CURRENT DUTY STATION BEFORE THE
ALLEGED U.A., THE REFERRAL TO A SPECIAL COURT-
MARTIAL WAS THUS CONVENED;

2. THAT WITH ALL MY OBJECTIONS TO THE CONVENTION
OF A SPECIAL COURT-MARTIAL, AND MY PERSISTENCE
THAT THEY REFER ME INSTEAD TO A SUMMARY COURT-
MARTIAL, THE RIGHT OF THE ACCUSED WAS THEN
REVERSED, AS I HAD THE RIGHT TO CHOOSE WITH
REGARD TO THE LITTLE OFFENSE ALLEGED ME;

3. THAT WITH THE COERCION OF THE COURT-APPOINTED
COUNSEL, THE THEN LT. CHARLES JEFFRIES, TO SIGN
A PLEA BARGAINING AGREEMENT, TO A PROMISE OF
A NO BAD CONDUCT DISCHARGE IN PARTICULAR,
MY CONSTITUTIONAL RIGHT TO AN EFFECTIVE ASSIS-
TANCE OF COUNSEL, AND MY CONSTITUTIONAL RIGHT
NOT TO BE SELF-INCRIMINATED WERE VIOLATED;

4. THAT IN ALL OF THESE EXPERIENCES ALL THROUGH
THESE YEARS, I SUFFERED MENTAL ANGUISH, PSYCH-
OLOGICAL DEPRESSION, EMOTIONAL STRESS, AND
MY WIFE, JOCELYN, AND OUR ONLY SON JONATHAN

00029

AND MY NEXT OF KIN SUFFERED NOT ONLY EMO-
TIONALLY BUT MORALLY AS WELL AS I BECAME
TO EVERYONE, A BAD CONDUCT PERSON NOTWITHS-
TANDING THE FINANCIAL SETBACK DUE TO THE
DISCHARGE.

**DEPARTMENT OF THE NAVY**
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

WDP:tjr:wma
Docket No.2893-92
June 15, 2005

MR BENICIO A MORTEGA
306 TABON 2 KAWIT CAVITE
PHILLIPINES 4104

Dear Mr. Mortega:

This is in reference to your application, DD Form 149, dated April 27, 2005. You previously petitioned the Board and were advised in our letter of July 30, 1982, that your application had been disapproved.

Your current application has been carefully examined. Although, at least some of the evidence you have submitted is new, it is not material. In other words, even if this information was presented to the Board, the decision would inevitably be the same. Accordingly, reconsideration is not appropriate at this time.

It is regretted that the facts and circumstances of your case are such that a more favorable reply cannot be made.

Sincerely,

W. DEAN PFEIFFER
Executive Director

00031

## REFERENDUM

bjr

p-recon

JUN 09 2005

Subject's Name:

Mortega                    Benicio            A.
_Last_                      _First_          _MI_    _Suffix_

JUN 15 2005  ☒  REQUEST FOR RECONSIDERATION

       ☐  Approved: _____

JUN 15 2005  ☒  Disapproved: _____    JUN 9 2005

                   Signature       6/9/05
                                 Date

   ☐  ADMINISTRATIVE RE-OPEN

       ☐  Approved: _____
                 Signature        Date

COMMENTS: New Contentions only - nothing material
NJP & SPCM; UA/92 da.

NOTE: This is the 3rd request for reconsideration
w/ the same Contentions

**NOTE:** Please deliver to
OIS Section with "closed"
BCNR file

NEW Docket No.

 

(OIS/11 1Jul86)

#3                                                    00032

# APPLICATION FOR CORRECTION OF MILITARY RECORD
## UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SECTION 1552
*(Please read instructions on reverse side BEFORE completing this application.)*

Form Approved
OMB No. 0704-0003
Expires May 31, 2006

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ORGANIZATION. RETURN COMPLETED FORM TO THE APPROPRIATE ADDRESS ON THE BACK OF THIS PAGE.**

Mortega, Benicio A.

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 US Code 1552, EO 9397.

*03843-05*

**PRINCIPAL PURPOSE:** To initiate an application for correction of military record. The form is used by Board members for review of pertinent information in making a determination of relief through correction of a military record.

Disclosure ... to provide identifying information ... impede processing of this application. The request for Social Security number is strictly to assure proper identification of the individual and appropriate records.

**1. APPLICANT DATA** *(The person whose record you are requesting to be corrected.)*

**a. BRANCH OF SERVICE** *(X one)*: ARMY | **[X] NAVY** | AIR FORCE | MARINE CORPS | COAST GUARD

**b. NAME** *(Print - Last, First, Middle Initial)*: MORTEGA, BENICIO A.

**c. PRESENT OR LAST PAY GRADE:** E1

**d. SERVICE NUMBER** *(If applicable)*: 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

**e. SSN:** SAME

**2. PRESENT STATUS WITH RESPECT TO THE ARMED SERVICES** *(Active Duty, Reserve, National Guard, Retired, Discharged, Deceased)*: DISCHARGED

**3. TYPE OF DISCHARGE** *(If by court-martial, state the type of court.)*: UNDER OTHER THAN HONORABLE CONDITIONS

**4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY** *(YYYYMMDD)*: MARCH 9, 1977

**5. I REQUEST THE FOLLOWING ERROR OR INJUSTICE IN THE RECORD BE CORRECTED:** *(Entry required)*

I REQUEST THAT THE TYPE OF MY DISCHARGE FROM SERVICE BE CHANGE TO "UNDER HONORABLE CONDITIONS."

**6. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST FOR THE FOLLOWING REASONS:** *(Entry required)*

SIR, I WOULD LIKE TO REQUEST FOR A CONSIDERATION FROM THE BOARD TO CHANGE THE STATUS OF MY DISCHARGE FOR CORRECTION OF MY MILITARY RECORD THRU MY AMNESTY PROGRAM. PRESENTLY MY CLAIM FOR NON-SERVICE CONNECTED DISABILITY PENSION BENEFIT AS A VIETNAM ERA WAS ISSUED

**7. ORGANIZATION AND APPROXIMATE DATE** *(YYYYMMDD)* **AT THE TIME THE ALLEGED ERROR OR INJUSTICE IN THE RECORD OCCURRED** *(Entry required)*: APRIL 13, 1976 (SPECIAL COURT MARTIAL) U. ABSENTE

**8. DISCOVERY OF ALLEGED ERROR OR INJUSTICE**

**a. DATE OF DISCOVERY** *(YYYYMMDD)*: 2000

**b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THE APPLICATION.**

BECAUSE MY CONSTITUTIONAL RIGHTS WAS VIOLATED AS STATED IN THE ATTACHED EVIDENCE.

**9. IN SUPPORT OF THIS APPLICATION, I SUBMIT AS EVIDENCE THE FOLLOWING ATTACHED DOCUMENTS:** *(If military documents or medical records are pertinent to your case, please send copies. If Veterans Affairs records are pertinent, give regional office location and claim number.)*

PLEASE SEE ATTACHED

**10. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C.** *(At no expense to the Government)* *(X one)*

YES. THE BOARD WILL DETERMINE IF WARRANTED. | **[X] NO. CONSIDER MY APPLICATION BASED ON RECORDS AND EVIDENCE.**

**11.a. COUNSEL** *(If any)* **NAME** *(Last, First, Middle Initial)* **and ADDRESS** *(Include ZIP Code)*: NONE (MYSELF)

**c. E-MAIL ADDRESS:** N/A

**12. APPLICANT MUST SIGN IN ITEM 15 BELOW.** If the record in question is that of a deceased or incompetent person, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY THE APPLICATION. If the application is signed by other than the applicant, indicate the name *(print)* and relationship by marking one box below.

SPOUSE | WIDOW | WIDOWER | NEXT OF KIN | LEGAL REPRESENTATIVE | OTHER *(Specify)*

**13.a. COMPLETE CURRENT ADDRESS** *(Include ZIP Code)* **OF APPLICANT OR PERSON IN ITEM 12 ABOVE** *(Forward notification of all changes of address.)*

306 TABON 2, KAWIT, CAVITE PHILIPPINES 4104

**b. TELEPHONE** *(Include Area Code)*: (436) 2895

**14. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM.** *(U.S. Code, Title 18, Sections 287 and 1001, provide that an individual shall be fined under this title or imprisoned not more than 5 years, or both.)*

**CASE NUMBER** *(Do not write in this space.)*

**15. SIGNATURE** *(Applicant must sign here.)*: Benicio A. Mortega

**16. DATE SIGNED** *(YYYYMMDD)*: 2005 APR 27

**DD FORM 149, MAY 2003** PREVIOUS EDITION IS OBSOLETE.

00033

## I. HISTORY OF THE CASE

1. 13 April 1976 - Special Court-Martial

2. 1976 - Review, Navy Court of Military Review

3. 1976 - Review, Navy Court of Military Appeals

4. 09 March 1977 - Separation from service with a Bad Conduct Discharge

5. 1980 - Review, Board for Correction of Naval Records

6. 1999 - Review, Board for Correction of Naval Records

7. 2000 - Learned about the violations of my Constitutional Rights

8. 2001 - Review, Board for Correction of Naval Records

9. 16 Oct. 2002 - Applied for compensation and pension at United States Veterans Administration ( U.S.V.A. ) Regional Office, Manila

10. May 2003 - Disability Pension Benefits denied by U.S.V.A. Regional Office, Manila

## II. STATEMENT OF FACTS

1. That on 20 February 1976, I reported back to the United States Naval Station, Subic Bay, Philippines after about three (3) months of unauthorized absence;

2. That the Armed Forces Base Police handcuffed me, drove me in a prisoner's closed van and thrown me directly in an isolated detention cell for more or less twelve (12) hours at United States Navy Receiving Station, Subic Bay, Philippines and detained me at barracks 305 of the same area for more or less than thirty (30) days;

3. That as I requested for a Captain's Mast only and that I be shipped back to my ship, USS Manley (DD-940), deployed at Philadelphia, Pennsylvania they referred me instead to a Special Court-Martial that was held on 13 April 1976;

4. That prior to the trial, the Navy appointed Counsel Ex-Lieutenant Charles Jeffries coerced me to sign a Plea Bargaining Agreement, with a promise of no discharge from the Navy;

00034

5. That with my objections, the Military Judge, Ex-Commander Jeannie Van Slate sentenced me to be discharged from the service with a Bad Conduct Discharge;

6. That I was sentenced without even any knowledge of my rights as an accused;

7. Neither was I served the Bill of Particulars;

8. That instead of assisting me to an appeal to the higher courts, Lieutenant Jeffries insisted that the sentence adjudged is just but temporary and that the Navy would just erase it and I could continue my Navy career even for life;

9. In the course of my stay at United States Navy Receiving Station, Subic Bay, Philippines while awaiting appeal, I learned that it was the commanding officer of United States Naval Station, Subic Bay Captain A.S. Moreau, who ordered my confinement at United States Navy Receiving Station while awaiting trial, and thus unlawfully influencing the convening of the Special Court-Martial;

10. That the spectators at the Court-Martial were surprised as I heard them comment about the harshness of the Bad Conduct Discharge for an offense of a three (3) months unauthorized absence;

11. That said Court-Martial was secured at around six thirty (6:30) in the evening on 13 April 1976; that when I checked the mess hall to eat my dinner after the Court-Martial proceedings because I was so very tense and hungry, it was already closed at that time.

## III. STATEMENT OF ISSUE

1. Upon reporting back to duty, is it lawful for the Armed Forces Base Police to handcuff, transport in a prisoner's closed van and detain me in an isolated detention cell for more or less twelve (12) hours and detained me for more or less than thirty (30) days without any formal charges?

2. Is it lawful for a Court-Appointed Attorney to force an accused to sign a Plea Bargaining Agreement?

3. Is it proper for the court not to serve the accused any Bill of Particulars? And not to advise the accused of any of his rights?

4. Is it proper for the trial judge not to inquire on matters regarding a guilty plea?

5. As a rule of the Court-Martial is it important that the accused be given a copy of the trial proceedings?

6. Is it proper that the defense counsel not to assist and represent the accused at further appellate courts?

7. Is it lawful for a base commander to influence the convening of a Special Court-Martial?

8. Is it lawful for a Special Court-Martial to convene even after working hours?

9. How much time is allowed by law for the defense to prepare for trial that would not constitute an error?

10. In a Plea Bargaining Agreement, is a promise of a " No Punitive Discharge " by counsel be emphasized? If yes, should the promise be kept?

## IV. THE RELIEF SOUGHT

That for twenty eight (28) years of sufferings from mental anguish and emotional stress due to the bad conduct discharge, I am respectfully praying for the honorable board to change the type of my discharge to " Under Honorable Conditions ".

## V. JURISDICTIONAL STATEMENT

1. That since I was only a Filipino citizen, had no materials and no access to any American laws, I am respectfully appealing to your honorable board for the injustice as regards to the violations of my constitutional rights by:

    a. United States Naval Station, Subic Bay Commander, Captain A. S. Moreau;
    b. Special Court-Martial  Trial Judge Commander Jeannie Van Slate;
    c. Trial Defense Counsel Lieutenant Charles Jeffries; that resulted to a sentence of a bad conduct discharge from the United States Navy.

## VI. REASONS FOR THE GRANTING THE AMNESTY

1. That prior to the trial, I was handcuffed, transported in a prisoner's closed van and thrown into an isolation cell like a convicted criminal;

2. That with the promise of a no bad conduct discharge, I was coerced to sign a Plea Bargaining Agreement;

3. That my appointed Defense Counsel was incompetent to assist and represent me as an accused as a result of the coercion;

4. That the base commander, Captain A.S. Moreau gives real hardtime to Filipino sailors as compared to fellow white American shipmates who were convicted of graver offenses but with no punitive discharges as sentence;

5. That the bad conduct discharge sentenced developed in me some insecurities, as I would be losing my precious job and worst of all, my character and well-being as a person thus suffering from mental anguish and emotional stress as well;

6. That due to these, my reputation, my life and my career was utterly destroyed for it was my dream and I was determined to make a career out of the Navy;

7. That since my discharge, I was always irritable having been placed in a situation where I constantly had quarrels with my wife about our situation as a bad conduct discharge personnel without a promising career to look forward to ever since;

00037

8. That the bad conduct discharge totally ruined my personal image and credibility and above all my dignity;

9. That people who knew regarded me as an ex-convict from the United States Navy, considering the Special Court-Martial convention and the sentence adjudged;

10. That through all these years, I had kept all these hurts, and on sleepless nights, I had to reminisce the good times in the Navy, and remember the injustice only to be considered and partly accepted as it was, and hoping that someday, justice would be given to me as I honestly believe that the United States of America is one of the major advocate and protector of human rights.

BENICIO A. MORTEGA
306 Tabon 2, Kawit,
Cavite, Philippines 4104

ADDENDUM:

## II. STATEMENT OF FACTS

1. That in the Julian calendar April of 1976, the then Lieutenant Charles Jeffries addressed himself as USNR in all official Navy correspondences. If USNR means United States Naval Reserve, then he was on a reserve status during the Special Court-Martial proceedings. As a matter of fact, he introduced himself and even emphasized to me that he is a regular navy lawyer, before committing himself to my case;

2. That on or about April of 1976, the then Lieutenant Charles Jeffries told me right after the honorable judge Commander Jeannie Van Slate gave me the sentence of bad conduct discharge, that …. " BCD will not affect you on your civilian status and still can gain employment because of your citizenship". He said that so I won't react adversely on the sentence. But one thing he never considered. The lasting psychological effect the bad conduct discharge can give on the affected person regardless of citizenship;

3. That I joined the United States Navy as a Filipino citizen under the Republic of the Philippines – United States of America Bases Agreement;

4. That I reported back and turned myself in voluntarily but I was detained, charged and sentenced under the Uniform Code of Military Justice inside Philippine soil;

5. That I was not allowed by the Special Court-Martial to avail my right to an effective assistance of counsel of my choice;

6. Violation of the 14th Amendment of the Constitution ( Guarantee of a Constitutional Due Process).

ADDENDUM:

## III. STATEMENT OF ISSUE

1. Is it allowed by law for a Special Court-Martial convention to appoint a navy lawyer in a reserve status and not an active military lawyer to defend an accused?

2. Violation of my universal human right as a Filipino citizen that involves my constitutional rights to a due process;

a. As a citizen of the Republic of the Philippines, is it lawful for the United States Navy not to allow me to avail of my fundamental right to a due process as a Filipino citizen through an access to a Filipino lawyer of my choice, and even to be tried in Philippine courts since the incident happened while serving in a United States Naval Base inside Philippine jurisdiction?

00039

**THIS IS AN IMPORTANT RECORD**
**SAFEGUARD IT.**

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH | | |
|---|---|---|---|---|---|
| MORTEGA, Benicio Aguilar | M | 567 29 3874 | YEAR 48 | MONTH 04 | DAY 23 |

| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 6a. GRADE-RATE OR RANK | b. PAY GRADE | c. DATE OF RANK | | |
|---|---|---|---|---|---|
| Navy-USN | SK | E-1 | YEAR 73 | MONTH 14 | DAY 31 |

| 8a. SELECTIVE SERVICE NUMBER | 8. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) |
|---|---|---|
| N/A | ------------------- | Libon Albay, Philippines |

| 9a. TYPE OF SEPARATION | b. STATION OR INSTALLATION AT WHICH EFFECTED | | | |
|---|---|---|---|---|
| DISCHARGED | U.S. Naval Station, Subic Bay, R.P. | YEAR 77 | MONTH 03 | DAY 09 |

| c. AUTHORITY AND REASON | EFFECTIVE DATE |
|---|---|
| ------------------------------------- | |

| d. CHARACTER OF SERVICE | e. TYPE OF CERTIFICATE ISSUED | f. REENLISTMENT CODE |
|---|---|---|
| Under Other Than Honorable Conditions | DD259N | ------------- |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|
| USS HANLEY (DD940) | N/A |

| 13. TERMINAL DATE OF RESERVE/IRR OBLIGATION | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) | | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD | | |
|---|---|---|---|---|---|
| YEAR — MONTH N/A DAY | Olongapo Zambales, Philippines | | YEAR 74 | MONTH 05 | DAY 28 |

| 16 a. PRIMARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| SK-0000 | N/A | (a) NET ACTIVE SERVICE THIS PERIOD | 02 | 06 | 10 |
| | | (b) PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| 17a. SECONDARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (c) TOTAL ACTIVE SERVICE (a+b) | 02 | 06 | 10 |
| SK-0000 | N/A | (d) PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | | (e) TOTAL SERVICE FOR PAY (c+d) | 02 | 06 | 10 |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 00 | 00 | 00 |

| 19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964 | 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years) | | |
|---|---|---|---|
| ☐ YES ☒ NO | SECONDARY/HIGH SCHOOL 12 YRS (1-12 plus) | COLLEGE 2 YRS | |

| 21. TIME LOST (Preceding Two Yrs) | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION |
|---|---|---|---|---|
| 92 | — | ☐ $15,000 ☒ $5,000 ☐ $10,000 ☐ NONE $20,000 | ☒ NO ☐ YES AMOUNT | a. TYPE b. DATE COMPLETED NONE |

| 26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED |
|---|
| X        X        X |
| X        X        X |

27. REMARKS

AUTH: BUPERSMAN 3850190     JJC     RE-4          901

TIME LOST:
75OCT10-75OCT21= 11
75DEC01-76FEB10= 81

| 28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State and ZIP Code) | |
|---|---|
| 01 Panduitan, Kawit Cavite, Philippines | Benicio Aguilar MORTEGA |
| 29. SIGNATURE OF OFFICER AUTHORIZED TO SIGN | |
| P. S. VILLANUEVA, PNC, USN | |

# REFERENCE REQUEST—FEDERAL RECORDS CENTERS

**NOTE: Use a separate form for each request.**

## SECTION I—TO BE COMPLETED BY REQUESTING AGENCY

| RECORD GROUP NO. | ACCESSION NO. | AGENCY BOX NUMBER | RECORDS CENTER LOCATION NUMBER |
|---|---|---|---|
| 428 | 02-0022 | 2 OF | 15-11-55-1-1 |

DESCRIPTION OF RECORD(S) OR INFORMATION REQUESTED *(include file number and title.)*

MORTEGA, BENICIO A.

DOCKET NO. 2893-82

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

**REMARKS**

RECON

**NATURE OF SERVICE**

☐ FURNISH COPY OF RECORDS ONLY    ☒ PERMANENT WITHDRAWAL    ☐ TEMPORARY LOAN OF RECORD(S)    ☐ REVIEW    ☐ OTHER *(Specify)*

**NAME OF REQUESTER**
WANDA ACKER *Wanda Acker*

TELEPHONE NO. ☐ FTS    703-614-9849

DATE    5/25/05

**RECEIPT OF RECORDS**

**NAME AND ADDRESS OF AGENCY**
*(Include street address, building, room no. and ZIP Code)*

Department of the Navy
Board for Correction of Naval Records
Washington, D. C. 20370

*(In Washington, D.C. area also include STOP number)*

Requester please sign, date and return this form, for file item(s) listed above, ONLY if the block to right has been checked by the Records Center.    ☐

SIGNATURE                            DATE

## SECTION II—FOR USE BY RECORDS CENTER

REMARKS

☐ RECORDS NOT IN CENTER CUSTODY    ☐ RECORDS DESTROYED

☐ WRONG BOX NUMBER—PLEASE RECHECK

☐ ADDITIONAL INFORMATION REQUIRED TO IDENTIFY RECORDS REQUESTED

☐ MISSING *(Neither record(s), information nor charge card found in container(s) specified)*

☐ RECORDS PREVIOUSLY CHARGED OUT TO *(Name, agency and date):*

| DATE | SERVICE | TIME REQUIRED | SEARCHER'S INITIALS |
|---|---|---|---|
|  |  |  |  |

## SECTION III—TO BE COMPLETED BY REQUESTING AGENCY

**TO**

General Services Administration
Federal Records Center NARS
WASHINGTON NATIONAL RECORDS CENTER
4205 Suitland Road
Suitland, MD    20409    Stop 386
*(City)*          *(State)*          *(Zip Code)*

**NOTE: In Washington, D.C. area send to STOP 386**

6011-106      NSN 7540-00-982-8423      PREVIOUS EDITION USABLE

OPTIONAL FORM 11 (Rev. 9-78)
Prescribed by GSA, FPMR (41 CFR) 101-11.04