RECEIVED
OCT 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENICIO A. MORTEGA,  )
   PLAINTIFF,  )
      V,  )   CIVIL ACTION : 06-0426 (EGS)
SECRETARY OF DEFENSE,  )
   DEFENDANT.  )

## PLAINTIFF'S COMMENT ON DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

PLAINTIFF, BY HIMSELF, PRO SE, RESPECTFULLY SUBMIT THIS COMMENT TO THIS HONORABLE COURT AND ALLEGES:

1. THAT, THE NAVY APPOINTED COUNSEL EX-LIEUTENANT CHARLES JEFFRIES COERCED ME TO SIGN A PLEA BARGAINING AGREEMENT WITH A PROMISE OF NO DISCHARGE FROM THE NAVY PRIOR TO THE SPECIAL COURT-MARTIAL CONVENTION ON APRIL 13, 1976; (PLAINTIFF'S COMPLAINT II NO. 4)

2. THAT, THE NAVY APPOINTED COUNSEL TOLD ME TO PLEAD GUILTY ON THE CHARGES AGAINST ME; (PLAINTIFF'S COMPLAINT III NO. 4)

3. THAT, THE NAVY APPOINTED COUNSEL INSTRUCTED ME TO ANSWER ONLY "YES, YOUR HONOR" OR "NO, YOUR HONOR" WHEN QUESTIONED BY THE MILITARY JUDGE DURING THE SPECIAL COURT-MARTIAL PROCEEDINGS ON APRIL 13, 1976; (DEFENDANT'S BACKGROUND PAGES 6 AND 7)

4. THAT, I EXHAUSTED ALL ADMINISTRATIVE REMEDIES BEFORE FILING MY CASE AT THIS HONORABLE COURT; (PLAINTIFF'S COMPLAINT ADDENDUM)

5. THAT, I BELIEVE IN THE INTEGRITY AND JURISDICTION OF THIS HONORABLE COURT;

6. THAT, I ESTABLISHED THE RELIEF SOUGHT AS SHOWN ON MY COMPLAINT BRIEF ROMAN NUMBER VI;

7. THAT, I FILED THIS COMPLAINT THRU A PETITION FOR EXTRAORDINARY RELIEF IN THE NATURE OF HABEAS CORPUS AD SUBJICIENDUM AND CLAIM FOR PUNITIVE AND COMPENSATORY DAMAGES; (PLAINTIFF'S COMPLAINT)

8. THAT, MY GUARANTEE OF A CONSTITUTIONAL DUE PROCESS WAS VIOLATED PURSUANT TO THE PROVISIONS OF THE 14TH AMENDMENT OF THE CONSTITUTION. (PLAINTIFF'S COMPLAINT II ADDENDUM NO. 6)

OCTOBER 7, 2006

RESPECTFULLY SUBMITTED,

/BENICIO A. OMORTEGA
PLAINTIFF

(WITH ENCLOSURES)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
OCT 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BENICIO A. MORTEGA,   )
   PLAINTIFF,   )
      V,   )
         )   CIVIL ACTION: 06-0426 (EGS)
         )
SECRETARY OF DEFENSE,   )
   DEFENDANT.   )

    PLAINTIFF, BY HIMSELF, PRO SE, HEREBY PRAYS TO THIS HONORABLE COURT TO CONSIDER PLAINTIFF'S COMMENT ON DEFENDANT'S MOTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON THE FOLLOWING GROUNDS:

    1. THAT, THE COURT ORDER FOR PLAINTIFF TO RESPOND WAS MAILED FROM WASHINGTON, D.C. ON SEPTEMBER 19, 2006 WITH POST MARK IN THE ORIGINAL MAILING ENVELOPE (AS ENCLOSED);

    2. THAT, THE SAID COURT DOCUMENT WAS RECEIVED IN THE PHILIPPINES ON SEPTEMBER 26, 2006 POST MARKED AT THE BACK OF THE ORIGINAL MAILING ENVELOPE (AS ENCLOSED);

    3. THAT, THE SAID COURT ORDER WAS RECEIVED BY THE PLAINTIFF IN HIS RESIDENCE ON OCTOBER 6, 2006.

OCTOBER 7, 2006

RESPECTFULLY SUBMITTED,

*Benicio A. Mortega*
BENICIO A. MORTEGA
PLAINTIFF

(ENCLOSED AS STATED)