UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BENICIO A. MORTEGA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-0426 (EGS) |
| | ) | |
| v. | ) | ECF |
| | ) | |
| DONALD H. RUMSFELD, | ) | |
| SECRETARY OF DEFENSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Michelle N. Johnson, Assistant United States Attorney, as counsel for Defendant in the above-captioned matter and remove the appearance of Special Assistant United States Attorney Eric J. Janson.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　MICHELLE N. JOHNSON
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　555 4th St., N.W. Room E4212
　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　202-514-7139

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice of Substitution of Counsel was either transmitted via the U.S. District Court's electronic filing notification system, or mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

      Benicio A. Mortega
      27-C 17th Avenue, Murphy
      Quezone City 1109
      Philippines

on this 23rd day of October, 2006.

                                            /s/
                                        MICHELLE N. JOHNSON
                                        Assistant United States Attorney
                                        555 4th St., N.W., Room E4212
                                        Washington, D.C.  20530
                                        202-514-7139