UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENICIO AGUILAR MORTEGA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF DEFENSE,<br><br>  Defendant. | Civil Action No. 06-0426 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss or, in the alternative, for summary judgment [#9-10] is GRANTED, and it is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

    Signed:    EMMET G. SULLIVAN
               United States District Judge

    Dated:     March 20, 2007