UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAY 30 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BENICIO A. MORTEGA,
Plaintiff,

v.

DONALD H. RUMSFELD,
SECRETARY OF DEFENSE,
Defendant.

Civil Action No. 06-0426 (EGS)

## MOTION TO EXTEND TIME FOR A MOTION FOR RECONSIDERATION TO SUMMARY JUDGMENT

Plaintiff, by himself, pro se, respectfully submit this motion to extend time for a motion for reconsideration to this Honorable Court due to the following reasons:

1.) I just received the Honorable Court's order for summary judgment on April 26, 2007;

2.) I am at present in the process of researching for the motion for reconsideration on the summary judgment order but because of financial constraints, I am having a hard time doing this, considering the expenses and time incurred.

Please be advised that I also sent a copy of this motion to the Honorable Attorney Michelle N. Johnson, counsel for the defense.

Praying to the Honorable Court for the consideration of this motion to extend time.

Submitted this 8th day of May 2007.

Respectfully submitted,

/Benicio A. Mortega/
BENICIO A. MORTEGA