IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BENICIO A. MORTEGA,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-0426 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| **DONALD H. RUMSFELD,** | ) | |
| **SECRETARY OF DEFENSE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## ORDER

This matter having come before the Court on Plaintiff's Motion to Extend Time for Motion for Reconsideration to Summary Judgment, Defendant's opposition thereto, and Plaintiff's reply, if any, it is hereby

**ORDERED** that Plaintiff's Motion to Extend Time for a Motion for Reconsideration to Summary Judgment is **DENIED**.

                                                                                  _____
                                                                                  EMMET G. SULLIVAN
                                                                                  UNITED STATES DISTRICT JUDGE