UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BENICIO AGUILAR MORTEGA,

Plaintiff,

v.

DEPARTMENT OF DEFENSE,

Defendant.

Civil Action No. 06-0426 (EGS)

## ORDER

This matter is before the Court on plaintiff's "Motion to Extend Time for a Motion for Reconsideration to Summary Judgment" and his "Petition . . . to Declare Defendant's Motion to Dismiss and All Documents Thereafter as Null and Void."[1] Both will be denied.

On March 20, 2007, the Court granted defendant's summary judgment motion. Plaintiff now moves for an extension of time to request reconsideration. To the extent that plaintiff moves for an extension of the 10-day filing deadline set forth in Rule 59(e) of the Federal Rules of Civil Procedure, his motion must be denied because the Court is not authorized to grant the relief he seeks. *See* Fed. R. Civ. P. 6(b); *Center for Nuclear Responsibility, Inc. v. United States Nuclear Regulatory Comm'n*, 781 F.2d 935, 941 (D.C. Cir. 1986).

Plaintiff next moves to strike defendant's motions and pleadings on the ground that defendant's counsel improperly entered their appearances, failed to sign the papers, and failed to

---

[1]   The Court will grant leave to file this petition, and will direct the Clerk of Court to enter it on the electronic docket.

1

include their bar numbers. Review of these papers reveals no violation of the Federal Rules of Civil Procedure or the local rules of this Court.

Accordingly, it is hereby

ORDERED that plaintiffs' motion for an extension of time [#17] is DENIED. It is further

ORDERED that the Clerk of Court shall docket plaintiff's "Petition . . . to Declare Defendant's Motion to Dismiss and All Documents Thereafter as Null and Void," and that the petition is DENIED.

SO ORDERED.

Signed:   EMMET G. SULLIVAN
United States District Judge

Dated:   8/1/07