UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENICIO A. MORTEGA,
    Plaintiff,

v.                                      Civil Action No. 06-0426 (EGS)

DONALD H. RUMSFELD,
Secretary of Defense,
    Defendant.

RECEIVED JUN 19 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT
RECEIVED JUN 19 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT
LET THIS BE FILED
RECEIVED AUG 0 8 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Plaintiff, pro se, hereby respectfully prays for a PETITION TO THE HONORABLE JUDGE EMMET G. SULLIVAN TO DECLARE DEFENDANT'S MOTION TO DISMISS AND ALL DOCUMENTS THEREAFTER AS NULL AND VOID ON THE FOLLOWING GROUNDS

1. Documents were signed by Attorney Jeffrey A. Taylor as the lead Attorney replacing Attorney Kenneth L. Wainstein (as shown in Annex A) on October 26, 2006 whereas he never notified me on his notice of appearance while Attorney Michelle N. Johnson served her notice of appearance replacing Eric J. Janson on October 23, 2006 (Annex A-1);

2. Even the signature of Attorney Jeffrey A. Taylor is questionable as enclosed in a parenthesis are the initials of probably Attorney Rudolph Contreras as shown "by RC" dated October 26, 2006 (Annex-A);

3. On defendant's second motion for an enlargement of time signed on July 7, 2006, Attorney Kenneth L. Wainstein appeared without a signature and Attorney Rudolph Contreras has presumably allowed or without his knowledge noted his signature as initialled "RC" (Annex A-2);

4. I would like to respectfully raise issue in a question form: "Would you allow a defendant to be represented by a "Special Assistant United States Attorney" without passing the

Federal Bar and academically not allowed to represent in the Federal District Court?" (Annex A-2);

FACTS: In a Praecipe document submitted by defendant's counsel Eric J. Janson on April 11, 2006, he entered his appearance as "Special Assistant United States Attorney" without showing his Federal Bar number (Annex A-3).

For the foregoing reasons, the Honorable Court should declare the Defendant's Motion to Dismiss and all documents thereafter as null and void in its entirety.

June 12, 2007.

Respectfully submitted,
Benicio A. Mortega
BENICIO A. MORTEGA
Pro se litigant

(Annexes enclosed as stated)

(2)