V. **CONCLUSION**

For the foregoing reasons, as well as those made in its Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, the Court should dismiss Plaintiff's complaint in its entirety.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139
COUNSEL FOR DEFENDANT

"A"

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Reply Brief in Further Support of his Motion to Dismiss or, in the Alternative, for Summary Judgment, was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>   Benicio A. Mortega
>   27-C 17th Avenue, Murphy
>   Quezone City 1109
>   Philippines

on this <u>26th</u> day of October, 2006.

/s/ *[signature]*
MICHELLE N. JOHNSON
Assistant United States Attorney
555 4th St., N.W., Room E4212
Washington, D.C. 20530
202-514-7139

9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENICIO A. MORTEGA, | ) |
| | ) |
| Plaintiff | ) Civil Action No.: 06-0426 (EGS) |
| | ) |
| v. | ) ECF |
| | ) |
| DONALD H. RUMSFELD, | ) |
| SECRETARY OF DEFENSE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Michelle N. Johnson, Assistant United States Attorney, as counsel for Defendant in the above-captioned matter and remove the appearance of Special Assistant United States Attorney Eric J. Janson.

/s/
MICHELLE N. JOHNSON
Assistant United States Attorney
555 4th St., N.W. Room E4212
Washington, D.C. 20530
202-514-7139

"A-1"

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Substitution of Counsel was either transmitted via the U.S. District Court's electronic filing notification system, or mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>Benicio A. Mortega
>27-C 17th Avenue, Murphy
>Quezone City 1109
>Philippines

on this <u>23rd</u> day of October, 2006.

/s/ _____
MICHELLE N. JOHNSON
Assistant United States Attorney
555 4th St., N.W., Room E4212
Washington, D.C. 20530
202-514-7139

"A-1"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENICIO MORTEGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0426 (EGS) |
| ) | |
| DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through the undersigned counsel, respectfully moves this Court to enlarge the time within which it may submit its dispositive motion in this case from July 7, 2006 to July 12, 2006.

In support of this motion, Defendant submits that on June 30, 2006, agency counsel was finally able to retrieve the administrative records from the Board of Correction of Naval Records, as well as the record of trial from Plaintiff's Court Martial proceedings in 1976. In addition, Defendant's counsel was involved in a lengthy jury trial in an unrelated civil case -- Travis v. Mineta, Civil Case No. 03-2118. Accordingly, Defendant's counsel respectfully requests an enlargement of time until July 12, 2006 to submit its dispositive motion in this case.

Pursuant to LCvR 7(m), Defendant's counsel was unable to reach Plaintiff to obtain his consent for the requested extension. According, Defendant cannot represent Plaintiff's position on this motion.

"A-2"

July 7, 2006                         Respectfully submitted,


                                     _____/s/_____
                                     KENNETH L. WAINSTEIN., D.C. Bar #451058
                                     United States Attorney


                                     _____/s/_____
                                     RUDOLPH CONTRERAS D.C. Bar No. 434122
                                     Assistant United States Attorney


                                     _____/s/_____
                                     ERIC J. JANSON
                                     Special Assistant United States Attorney
                                     555 Fourth Street, N.W.
                                     Washington, D.C. 20530
                                     (202) 514-9150


"A-2"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENICIO MORTEGA,              ) | |
| ) | |
| Plaintiff,              ) | |
| ) | |
| v.              ) | Civil Action No. 06-0426 (EGS) |
| ) | |
| DEPARTMENT OF DEFENSE,              ) | |
| SECRETARY              ) | |
| ) | |
| Defendant.              ) | |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney ERIC J. JANSON as counsel of record for defendant Department of Defense in the above-captioned case.

Respectfully submitted,

Eric J. Janson
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-9150
Eric.Janson@usdoj.gov

"A-3"

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 11th day of April 2006, the foregoing Praecipe was sent by U.S. Mail, postage prepaid, to the following:

Benicio A. Mortega
27-C 17th Avenue, Murphy
Quezone City 1109
Philippines

Eric J. Janson
Special Assistant United States Attorney

"A-3"